[No. 70558-0-I.  Division One.  October 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYAL WALLACE DRAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05437-8, Jean A. Rietschel, J., entered June 28, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Leach, JJ.

[No. 70649-7-I.  Division One.  October 27, 2014.]

JEFFREY HALEY, *Appellant*, v. JOHN F. PUGH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-23528-7, Michael Hayden, J., entered June 13, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach and Trickey, JJ.

[No. 70742-6-I.  Division One.  October 27, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. KAVEN LIONEL HILL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06636-8, James D. Cayce, J., entered August 9, 2013. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Trickey, JJ.

[No. 70757-4-I.  Division One.  October 27, 2014.]

KAMAL MAHMOUD, *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-22706-5, Michael Hayden, J., entered April 17, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Dwyer, J.